**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **CJ GRISHAM,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.** |
| | § | |
| **CITY OF ARANSAS PASS,** *et al.*; | § | **2:25-cv-302** |
| *Defendants* | § | |
| | § | |

## NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT

TO THE HONORABLE COURT:

Plaintiff CJ Grisham, pro se, hereby files this Notice of Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The parties have reached a settlement resolving all claims in this matter.

Under Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. This notice is self-effectuating and terminates the case upon filing.

Accordingly, Plaintiff dismisses this action with prejudice, as the settlement fully resolves all claims between the parties.

Respectfully submitted,

LAW OFFICES OF CJ GRISHAM, PLLC

CJ Grisham
Texas State Bar no. 24124533

cj@cjgrisham.com
3809 S. General Bruce Dr.
Suite 103-101
Temple, Texas 76504
P:  254-405-1726

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice Of Dismissal Pursuant To Settlement was served on all counsel of record via the Court's electronic filing system on this 1st day of April, 2026.

_____
CJ Grisham