United States District Court
Southern District of Texas
**ENTERED**
April 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GRISHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00302 |
| | § | |
| CITY OF ARANSAS PASS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Notice of Dismissal Pursuant to Settlement. (D.E. 13). Plaintiff cites Federal Rule of Civil Procedure 41(a)(1)(A)(i) in support of this dismissal. *Id.* at 1. Rule 41(a)(1)(A)(i) applies when a plaintiff seeks to dismiss a case before a defendant has filed an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). In this case, Defendants filed an answer to Plaintiff's amended complaint before Plaintiff filed his notice of dismissal. (D.E. 7). Accordingly, the Court hereby **DEEMS** the stipulation ineffective. (D.E. 13). The parties are permitted to refile a notice of dismissal that complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii)'s requirements. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared.").

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
        April 1st, 2026