IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MATTHEW MCMAHON and §
GABRIEL MCMAHON, §
    Plaintiffs, §
 §        CIVIL ACTION NO. 2:25-CV-122
v. §
 §
OFFICER ARMONDO CISNEROS, and, §
CITY OF CORPUS CHRISTI, §
    Defendants. §

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE DAVID S. MORALES:

NOW COME Plaintiffs, Matthew McMahon and Gabriel McMahon, and Defendants, City of Corpus Christi, Texas, and Armando Cisneros, Individually, (collectively, the "Parties"), by and through their undersigned counsel, file this Joint Notice of Settlement and respectfully show the Court as follows:

1.    The Parties notify the Court that they have reached a settlement resolving all claims and causes of action asserted in this case, including any and all claims that were asserted or could have been asserted in this action based on the same operative facts.

2.    The Parties are in the process of finalizing the written settlement documentation and completing any settlement administration steps necessary to effectuate the settlement.

3.    The Parties respectfully request that the Court note the settlement on the Court's docket; and, abate or stay all remaining deadlines and settings in this matter for a period of thirty (30) days to allow the Parties to finalize settlement documentation and consummate the settlement; and,

4.    The Parties further request that, upon consummation of the settlement, the Court dismiss this action with prejudice pursuant to a Joint Motion to Dismiss to be filed by the Parties,

with each party to bear its own attorneys' fees and costs unless otherwise provided in the Parties' settlement agreement.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court grant the relief requested above and grant such other and further relief to which the Parties may be justly entitled.

Respectfully submitted,

LAW OFFICES OF CJ GRISHAM, PLLC

/s/ CJ Grisham
Christopher J. "CJ" Grisham
Texas State Bar no. 24124533
3809 S. General Bruce Dr. Suite 103-101
Temple, Texas 76504
P: 254-405-1726

*Attorney for Plaintiffs*

/s/ Lilia K. Castro
Lilia K. Castro
ASSISTANT CITY ATTORNEY
State Bar I.D. No. 24072122
Fed. I.D. No. 1419334
LEGAL DEPARTMENT
P.O. Box 9277
Corpus Christi, Texas 78469-9277
Telephone: (361) 826-3360
Facsimile: (361) 826-3239
Email: Liliac@cctexas.com

*Attorney-In-Charge for Defendant City of Corpus Christi*

WOOD, BOYKIN & WOLTER, P.C.
555 N. Carancahua St., Suite 1510
Corpus Christi, Texas 78401
Telephone: (361) 888-9201
Facsimile: (361) 888-8353

Email: rg@wwbwpc.com

By:  */s/ Renatto Garcia*
    Renatto Garcia
    State Bar No. 24090113
    Federal I.D. No. 3102277

*Attorney-In-Charge for Defendant Officer*
*Armando Cisneros*

NOTICE OF ELECTRONIC FILING

The undersigned counsel hereby certifies that he has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas on the 8th day of April 2026.

*/s/ CJ Grisham*
Christopher J. "CJ" Grisham

CERTIFICATE OF SERVICE

As this notice is being filed jointly, no certificate of service is necessary.

*/s/ CJ Grisham*
Christopher J. "CJ" Grisham