United States District Court
Southern District of Texas
**ENTERED**
April 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GRISHAM, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-00302 |
| | § | |
| CITY OF ARANSAS PASS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are the parties' stipulation of dismissal with prejudice, (D.E. 16), and Plaintiff Christopher Grisham's unopposed motion to strike his prior dismissal. (D.E. 17). The Court hereby deems the stipulation effective. (D.E. 16); Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court further **GRANTS** Plaintiff's motion to strike. (D.E. 17). Accordingly, the Court **ORDERS** the Clerk of Court to **STRIKE** from the record D.E. 15 and **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
April 22, 2026

1 / 1